James S. Coon, OSB No. 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Ave., Suite 200
Portland, OR 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
Email: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| NICOLE HARTY, | Civil Case No. 3:13-CV-00407-BR |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER U.S.C. § 2412** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1,171.44 will be awarded to Plaintiff and mailed to her counsel, James S. Coon at 820 SW 2nd Ave., Suite 200, Portland, OR 97204 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. There are no costs or expenses. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under Department of the Treasury's Offset program, see *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), then the check for EAJA fees shall be made payable to James S. Coon, based on Plaintiff's assignment of these amounts. If Plaintiff has a qualifying debt, then the check for any funds remaining after offset shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

Dated this 28 day of July, 2014.

_____
United States District Court Judge

Presented by:
/s/ James S. Coon
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff